**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 18, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00310-CR

---

### IN RE LEONARDO M. LOZANO, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1277258**

---

## MEMORANDUM OPINION

Relator Leonardo M. Lozano filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Marc Carter, presiding judge of the 228th District Court of Harris County, to furnish him copies of all police records related to his criminal conviction for aggravated robbery.

To be entitled to mandamus relief in a criminal case, a relator must show that he has no adequate remedy at law to redress his alleged harm, and that what he seeks to compel is a ministerial act, not involving a discretionary or judicial decision. *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007) (orig. proceeding). Consideration of a motion that is properly filed and before the court is a ministerial act. *State ex rel. Curry v. Gray*, 726 S.W.2d 125, 128 (Tex. Crim. App. 1987) (orig. proceeding). Before we may grant relief, a relator must establish the trial court had a legal duty to rule on the motion, the court received and was asked to rule on the motion, and the court failed to do so. *In re Keeter*, 134 S.W.3d 250, 252 (Tex. App.—Waco 2003, orig. proceeding); *In re Villarreal*, 96 S.W.3d 708, 710 (Tex. App.—Amarillo 2003, orig. proceeding).

Relator has not provided this court with copies of any motions on which he seeks a ruling. It is relator's burden to provide this court with a record sufficient to establish his right to relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); Tex. R. App. P. 52.3(k), 52.7(a). Relator has not shown that the motion on which he seeks a ruling was properly filed and that the trial court was asked to rule on it but failed to do so.

Relator has not established that he is entitled to the extraordinary relief of a writ of mandamus. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).